# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:23-M -00608(1)
§
(1) Abbas Rahi §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 12, 2023** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) _ and that this complaint is based on the following facts: *"On February 12, 2023, defendant, Abbas Rahi, an Iranian National, entered the United States illegally by wading across the Rio Grande River from Mexico to Eagle Pass, Texas and failed to report to immigration officials at an official Port of Entry to avoid scrutiny by officers at the Port of Entry. Defendant was apprehended shortly after crossing the Rio Grande River and provided a sworn statement to Immigration Officials in which he* **Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ PENA, LUIS A.
Signature of Complainant
PENA, LUIS A.

02/21/2023 at DEL RIO, Texas
File Date    City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE    Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:23-M-00608(1)

(1) Abbas Rahi

**Continuation of Statement of Facts:**

admitted that he entered the United States illegally. Subject was apprehended in Eagle Pass, Texas located in the Western District of Texas."

_____  /s/ PENA, LUIS A._____
Signature of Judicial Officer           Signature of Complainant